# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DELIA RODRIGUEZ**, individually and on behalf those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**AWAR HOLDING, INC.** also known as Gem Recovery Systems, Accounts Receivable Management Corp, Accounts Receivable Management Corp (ARMC), and ARMC; **SAM A. AWAR**; and **JOHN DOES 3 to 10**,<br><br>    Defendants. | Civ. No. 18-16251 (KM) (JBC)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion to dismiss of defendant Awar Holding, Inc. (DE 79); and the Court having considered the submissions of the parties (DE 79, 80, 88) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and for good cause shown;

**IT IS** this 15 day of February 2022,

**ORDERED** that Defendant's motion to dismiss (DE 79) is **GRANTED** without prejudice to the submission, within 30 days, of a proposed amended complaint that remedies the deficiencies identified in the accompanying opinion.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**